UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**ORIGINAL**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                     )<br>)<br>CLARENCE L. EARLE         )<br>a/k/a ERIC ALLEN          )<br>a/k/a LEMONT TIPPET       )<br>a/k/a THEODORE WILSON     )<br>a/k/a ROBERT PREVAL       )<br>)<br>) | Case No. 04-10065-MLW<br><br>Violations:<br><br>8 U.S.C. §1326<br>Unlawful Reentry of Removed Alien |

### INDICTMENT

**COUNT ONE:**    (8 U.S.C. §1326 - Unlawful Reentry of Removed Alien)

The Grand Jury charges that:

On or about February 12, 2004, at Boston, in the District of Massachusetts,

> CLARENCE L. EARLE
> a/k/a ERIC ALLEN
> a/k/a LEMONT TIPPET
> a/k/a THEODORE WILSON
> a/k/a ROBERT PREVAL

defendant herein, being an alien and having been excluded, removed and deported from the United States, was found in the United States without having received the express consent of the United States Attorney General prior to March 1, 2003, or the express consent of the Secretary of the Department of Homeland Security since that date, to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a) and (b) and Title 6, United States Code, Section 202(3) and (4) and Section 557.

A TRUE BILL

*[signature]*
FOREPERSON OF GRAND JURY

*[signature]*
Nadine Pellegrini
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, Boston, March 10, 2004.

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
Deputy Clerk
3/10/04 @ 4:05pm