AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

─────────── DISTRICT OF ───────────

UNITED STATES OF AMERICA

v.

CLARENCE L. EARLE

**WARRANT FOR ARREST**

CASE NUMBER: 04CR10065-MLW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____CLARENCE L. EARLE_____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment [ ] Information [ ] Complaint [ ] Order of court [ ] Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense)
Illegal reentry of a deported alien

in violation of Title ___8___ United States Code, Section(s) _1326_

_Catherine M Gawlik_
Name of Issuing Officer

_Supervisor_
Title of Issuing Officer

_Catherine M Gawlik_
Signature of Issuing Officer

_3-10-04  Boston_
Date and Location

Bail fixed at $ _____ by _____
                                      Name of Judicial Officer

**RETURN**

| This warrant was received and executed with the arrest of the above-named defendant at _____ |
|---|
| WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 3/12/04 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.