UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10065-MLW

UNITED STATES OF AMERICA

v.

CLARENCE L. EARLE

**FURTHER ORDER ON EXCLUDABLE TIME**

April 26, 2004

DEIN, M.J.

An Initial Status Conference was scheduled before this Court for April 26, 2004. The parties have jointly requested a continuance due to a scheduling conflict. In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

April 26, 2004 - May 26, 2004

that being the time between the Initial Status Conference as originally scheduled and the rescheduled Initial Status Conference.

**The Initial Status Conference has been rescheduled for May 26, 2004 at 2:45 p.m. Counsel for the respective parties shall file a Joint Memorandum addressing the matters set forth in LR 116.5(A)(1) through (7) before the close of business no less than THREE business days prior to that Status Conference. In addition, the parties shall include in the Joint Memorandum not only the periods**

of excludable time that are applicable, but also the amount of time remaining under the Speedy Trial Act before trial must commence.

    / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge