UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10065-MLW

UNITED STATES OF AMERICA

v.

CLARENCE L. EARLE

**FURTHER ORDER ON EXCLUDABLE TIME**

May 26, 2004

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

May 26, 2004 through July 20, 2004,

that being the period between the Initial Status Conference and the Interim Status Conference.

Based upon the prior orders of the court dated March 18, 2004, April 26, 2004, and this order, at the time of the Interim Status Conference on July 20, 2004, there will be twelve (12) days of non-excludable time under the Speedy Trial Act (April 14, 2004 - April 26, 2004) and fifty-eight (58) days will remain under the Speedy Trial Act in which this case must be tried.

                                  / s / Judith Gail Dein
                                  JUDITH GAIL DEIN

                                      United States Magistrate Judge