UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.              )       CRIMINAL NO. 04-10065-MLW<br>)<br>CLARENCE EARLE                )  | |

DEFENDANT'S CONSENT TO DETENTION WITHOUT PREJUDICE
AND DEFENDANT'S REQUEST THAT THE CASE BE SENT, WITHOUT
HOLDING A STATUS CONFERENCE, TO THE DISTRICT COURT FOR TRIAL

Inasmuch as the government appears to have given defendant all relevant discovery and inasmuch as defendant desires a jury trial as soon as possible, defendant (1) waives the preparation of an opinion on whether or not he should be detained but asks the court that this be done without prejudice to his making a request for completion of detention proceedings at a later time and (2) defendant requests that the matter be sent directly to the district court for trial without any status conference.

CLARENCE EARLE
By his attorney,

/s/ Owen S. Walker

Owen S. Walker
  B.B.O. #513040
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061