UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10065-MLW

UNITED STATES OF AMERICA

v.

CLARENCE L. EARLE

## FURTHER ORDER ON EXCLUDABLE TIME

July 20, 2004

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following

period of time excludable from the time period within which trial must commence:

July 20, 2004 through August 3, 2004

that being the period between the Interim Status Conference and the next Status

Conference.

Based upon the prior orders of the court dated March 18, 2004, April 26, 2004,

May 26, 2004 and this order, at the time of the Interim Status Conference on August 3,

2004, there will be twelve (12) days of non-excludable time under the Speedy Trial Act

(April 14, 2004 - April 26, 2004) and fifty-eight (58) days will remain under the Speedy

Trial Act in which this case must be tried.

    / s / Judith Gail Dein
JUDITH GAIL DEIN

United States Magistrate Judge