UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL NO. 04-10065-MLW |
| ) | |
| CLARENCE EARLE  ) | |

### ASSENTED-TO MOTION FOR PRE-PLEA PSR

Defendant Clarence Earle moves this Court to order, under Fed. R. Crim. P. 32, the Probation Office to prepare a pre-plea PSR. Discovery reveals allegations of convictions of the defendant under other names in courts outside of Massachusetts. Accordingly, a pre-plea PSR would assist counsel in advising the defendant regarding the application of the Sentencing Guidelines in this case and it would assist the defendant in evaluating the consequences of a plea or trial.

AUSA Seth Berman has stated his assent to this motion.

CLARENCE EARLE
By his attorney,

Leo T. Sorokin
/s/ Leo T. Sorokin
 B.B.O. #559702
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061