UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10065-MLW |
| | ) | |
| CLARENCE EARLE | ) | |

## COUNSEL'S MOTION TO WITHDRAW

Undersigned counsel and the Federal Defender Office move to withdraw from this case on the grounds that irreconcilable differences have developed between counsel and the defendant. Counsel requests that the Court appoint successor counsel for the defendant from the CJA list.

```
                                    Leo T. Sorokin
                                    /s/ Leo T. Sorokin
                                      B.B.O. #559702
                                    Federal Defender Office
                                    408 Atlantic Avenue, 3rd Floor
                                    Boston, MA  02110
                                    Tel:  617-223-8061
```