AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITE STATES
vs
CLARENCE EARL

**APPEARANCE**

Case Number: 04-CR-10065-MLW

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   CLARENCE EARL

Date: 12/7/04

Signature: Paul Markham

Print Name: PAUL F. MARKHAM

Address: PO BOX 1101

City: MELROSE    State: MA    Zip Code: 02176

Phone Number: 781-665-1800