UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**                          **CRIMINAL CASE**

                                           **NO. 04-10065-MLW**
             V.

**CLARENCE EARLE**
             Defendant(s)


## NOTICE OF HEARING

**WOLF, D.J.**

   PLEASE TAKE NOTICE that the above-titled case has been set for a STATUS CONFERENCE on MARCH 21, 2005 at 12:30 P.M. before Judge Wolf in Courtroom # 10 on the 5th floor.


                                           SARA THORNTON
                                           CLERK OF COURT


**March 10, 2005**                         By:  /s/ Dennis O'Leary
     Date                                       Deputy Clerk

**Notice to:**
(crim-notice.wpd - 7/99)                        [ntchrgcnf.]
                                                [kntchrgcnf.]