UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>CLARENCE L. EARLE    )<br>a/k/a ERIC ALLEN    )<br>a/k/a LEMONT TIPPET    )<br>a/k/a THEODORE WILSON    )<br>a/k/a ROBERT PREVAL    )<br>) | Case No. 04-cr-10065 MLW |

## GOVERNMENT'S REQUESTED VOIR DIRE QUESTIONS

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Seth P. Berman, respectfully requests that the Court ask prospective trial jurors in the above-captioned case the following questions:

1. Do any among you have any conscientious objections or mental reservations against the present immigration laws which would impair your judgment, so as to prevent you from rendering a fair and impartial verdict?

2. Do any of you have misgivings regarding the federal law that makes it illegal for an alien to reenter this country without permission after that alien has previously been deported, and if so, do you think that it would prevent you from rendering a fair and impartial verdict?

3. This case was investigated by the Bureau of Immigration and Customs Enforcement ("ICE") and by the predecessor agency to ICE, the Immigration and Naturalization Service ("INS"). Is there anything about your attitude towards ICE or INS which would prevent you from rendering a fair and impartial verdict?

                                                  Respectfully submitted,

                                                  MICHAEL J. SULLIVAN
                                                  United States Attorney

By:   /s/ Seth P. Berman
       Seth P. Berman
       Assistant U.S. Attorney
       (617) 748-3654

Dated: March 15, 2005