UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | Case No.  04-cr-10065 MLW |
| **CLARENCE L. EARLE** a/k/a **ERIC ALLEN** a/k/a **LEMONT TIPPET** a/k/a **THEODORE WILSON** a/k/a **ROBERT PREVAL** | ) ) ) ) ) ) | |

GOVERNMENT'S WITNESS LIST

     The government hereby gives notice that it may call the following persons as witnesses during its case-in-chief.  The government reserves the right to add additional witnesses prior to trial:

1. Special Agent William Sansone
   United States Dept. of Homeland Security
   Immigration and Customs Enforcement

2. Senior Special Agent Cheryl Bassett
   United States Dept. of Homeland Security
   Immigration and Customs Enforcement

3. Senior Fingerprint Specialist Genius Johnson
   United States Dept. of Homeland Security

4. Senior Fingerprint Specialist Brian Johnson
   United States Dept. of Homeland Security

5. FBI Fingerprint Examiner (name not yet known)

6. Officer Joann Sassone
   Records and Information Services
   United States Dept. of Homeland Security
   Immigration and Customs Enforcement

7.     Agent Richard Coleman
   United States Dept. of Homeland Security
   Immigration and Customs Enforcement

8.     Agent Jennifer Hood
   United States Dept. of Homeland Security
   Immigration and Customs Enforcement

9.     Special Agent Eric Laforte
   United States Dept. of Homeland Security
   Immigration and Customs Enforcement

10.     Immigration Enforcement Agent Jose Melina
    United States Dept. of Homeland Security
    Immigration and Customs Enforcement

11.     Immigration Enforcement Agent William Chambers
    United States Dept. of Homeland Security
    Immigration and Customs Enforcement

12.     Police Officer Miquon Wilson
    Philadelphia Police Department

13.     Theodore Wilson
    Inmate
    Pennsylvania Department of Corrections, Somerset

14.     Lucille LNU (girlfriend of the defendant)

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:    /s/ Seth P. Berman
       SETH P. BERMAN
       Assistant U.S. Attorney

Dated:   March 15, 2005

## CERTIFICATE OF SERVICE

    This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

Paul Markham, Esq.<br>
58 Orient Street<br>
Melrose, MA 02176

    This 15th day of March, 2005.

                                                /s/ Seth P. Berman
                                              SETH P. BERMAN
                                              Assistant U.S. Attorney