UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10065

| United States of America | Clarence Earle |
|---|---|
| PLAINTIFF | DEFENDANT |
| Adam Bookbinder | Paul Markham |
| | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf         CLERK   O'Leary         REPORTER   Twomey

### CLERK'S NOTES

| DATES: | Initial Pretrial Conference |
|---|---|
| 3/21/05 | Parties report that the case will proceed to trial. |
| | Court establishes filing deadlines and sets the trial for 4/4/2005 |
| | Procedural order to issue. |