UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 04-cr-10065 MLW |
| | ) |
| CLARENCE L. EARLE | ) Violations: |
| a/k/a ERIC ALLEN | ) |
| a/k/a LEMONT TIPPET | ) 8 U.S.C. §1326 |
| a/k/a THEODORE WILSON | ) Unlawful Reentry of Removed Alien |
| a/k/a ROBERT PREVAL | ) |
| | ) 18 U.S.C. §1001 |
| | ) False Statements to Government Agents |
| | ) or Agencies |

## SUPERSEDING INDICTMENT

**COUNT ONE:**     (8 U.S.C. §1326 – Unlawful Reentry of Removed Alien)

The Grand Jury charges that:

On or about February 12, 2004, at Boston, in the District of Massachusetts,

CLARENCE L. EARLE
a/k/a ERIC ALLEN
a/k/a LEMONT TIPPET
a/k/a THEODORE WILSON
a/k/a ROBERT PREVAL

defendant herein, being an alien and having been excluded, removed and deported from the United States, was found in the United States without having received the express consent of the United States Attorney General prior to March 1, 2003, or the express consent of the Secretary of the Department of Homeland Security since that date, to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a) and (b) and Title 6, United States Code, Section 202(3) and (4) and Section 557.

**COUNT TWO:**     (18 U.S.C. §1001 – False Statements to Government Agents or Agencies)

The Grand Jury further charges that:

On or about February 12, 2004, in the District of Massachusetts and elsewhere,

**CLARENCE L. EARLE**
**a/k/a ERIC ALLEN**
**a/k/a LEMONT TIPPET**
**a/k/a THEODORE WILSON**
**a/k/a ROBERT PREVAL**

defendant herein, did knowingly and willfully make a false, fraudulent, and fictitious material statement in a matter within the jurisdiction of the United States Immigration and Customs Enforcement in that the defendant claimed (1) that his name is Theodore Martin Wilson; (2) that he was born in Philadelphia on July 20, 1968; and (3) that the birth certificate from the Commonwealth of Pennsylvania Department of Health in the name of Theodore Martin Wilson, file number 1050850-68 was his true birth certificate, even though defendant knew that in truth and in fact he is not the Theodore Wilson, born in Philadelphia on July 20, 1968.

All in violation of Title 18, United States Code, Sections 1001 and 2.

A TRUE BILL

*Roger Allen*
FOREPERSON OF GRAND JURY


*[signature]*
SETH P. BERMAN
Assistant U.S. Attorney


DISTRICT OF MASSACHUSETTS, Boston, March 24, 2005.


Returned into the District Court by the District Court by the Grand Jurors and filed.

*[signature]*
Deputy Clerk

@ 2:20pm
3/24/05

JS 45 (5/97) - (Revised USAO MA 3/25/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**        Category No. __II__        Investigating Agency __ICE__

City __Boston__        **Related Case Information:**

County __Suffolk__        Superseding Ind./ Inf.  __Yes__        Case No.  __04-10065 MLW__
        Same Defendant  __Yes__        New Defendant  __No__
        Magistrate Judge Case Number _____
        Search Warrant Case Number _____
        R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  __CLARENCE L. EARLE__        Juvenile   ☐ Yes   ☒ No

Alias Name  __ERIC ALLEN, LEMONT TIPPET, THEODORE WILSON, ROBERT PREVAL__

Address  __10 Corona Drive, Dorchester, MA__

Birth date: __1966__   SS#: __NONE__   Sex: __M__   Race: __Bl__   Nationality: __Jamaica__

Defense Counsel if known: _____        Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA  __Seth P. Berman__        Bar Number if applicable  __629332__

Interpreter:   ☐ Yes   ☒ No        List language and/or dialect: _____

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested        ☐ Regular Process        ☒ In Custody

**Location Status:**

Arrest Date: _____

☒ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:   ☐ Complaint   ☐ Information   ☐ Indictment

Total # of Counts:   ☐ Petty ___   ☐ Misdemeanor ___   ☒ Felony  One

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  March 24, 2005        Signature of AUSA: _/s/_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  CLARENCE L. EARLE

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 8 U.S.C. § 1326 | Reentry of Deported Alien | One |
| Set 2 | 18 U.S.C. § 1001 | False Statements to Government Agents | Two |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

js45.earle.wpd - 3/13/02