UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Case No. 04-cr-10065 MLW |
| CLARENCE L. EARLE<br>a/k/a ERIC ALLEN<br>a/k/a LEMONT TIPPET<br>a/k/a THEODORE WILSON<br>a/k/a ROBERT PREVAL | ) ) ) ) ) ) | |

GOVERNMENT'S SUPPLEMENTAL PROPOSED JURY INSTRUCTIONS

Pursuant to Fed. R. Crim. P. 30, the United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Seth P. Berman, hereby submits this supplemental request for jury instructions in the above-captioned matter. This request is intended to supplement, and is therefore in addition to, the Government's Proposed Jury Instructions filed on March 15, 2004. The government reserves the right to supplement, modify, or withdraw these instructions in light of the defendant's requested instructions.

                  Respectfully submitted,

                  MICHAEL J. SULLIVAN
                  United States Attorney

        By: /s/ Seth P. Berman
           SETH P. BERMAN
           Assistant U.S. Attorney

Dated: March 28, 2005

CERTIFICATE OF SERVICE

     This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

                                    Paul Markham, Esq.
                                    58 Orient Street
                                    Melrose, MA 02176

This 28th day of March, 2005.

                                    /s/ Seth P. Berman
                                    SETH P. BERMAN
                                    Assistant U.S. Attorney

# **TABLE OF CONTENTS**

| INSTRUCTION NO. | DESCRIPTION |
|---|---|
| 7 | THE STATUTE – 18 U.S.C. § 1001 |
| 8 | ELEMENTS OF 18 U.S.C. § 1001 |
| 9 | DEFINITION - "KNOWINGLY" |
| 10 | DEFINITION - "MATERIAL" |
| 11 | DEFINITION - "FALSE" |

**JURY INSTRUCTION NO. 7**
**Title 18, United States Code, §1001 - THE STATUTE**

Title 18, United States Code, Section 1001, reads, in pertinent part:

Whoever, in any matter within the jurisdiction of the executive, legislative or judicial branch of the Government of the United States, knowingly and willfully makes any materially false, fictitious or fraudulent statement or representation ... [shall be guilty of a violation of this statute].

**JURY INSTRUCTION NO. 8**
**ELEMENTS OF 18 U.S.C. § 1001**

For you to find the defendant guilty of this crime, you must find that the government has proved each of the following elements of the offense beyond a reasonable doubt:

First:  That the Defendant knowingly made a material false statement;

Second:  That the Defendant made the statement voluntarily and intentionally; and

Third: That the Defendant made the statement to an agent of the United States Immigration and Customs Enforcement who was acting in his official capacity.

*See* First Circuit, Pattern Jury Instructions (Criminal), West, 1998 §4.08.

**JURY INSTRUCTION NO. 9**
**DEFINITION - KNOWINGLY**

A false statement is made "knowingly" if the Defendant knew that it was false or demonstrated a reckless disregard for the truth with a conscious purpose to avoid learning the truth.

*See* First Circuit, Pattern Jury Instructions (Criminal), West, 1998 §4.08.

**JURY INSTRUCTION NO. 10**
**DEFINITION - "MATERIAL"**

A statement is "material" if it has a natural tendency to influence or to be capable of influencing the decision of the decisionmaker to which it was addressed.

For a statement to be material it need not have actually influenced the actions of the Government agent or agency, and the Government agent or agents need not have been actually deceived.

*See* <u>United States v. Gaudin</u>, 515 U.S. 506 (1995), <u>United States v. Arcadipane</u>, 41 F.3d 1, 9 (1st Cir. 1994), and <u>United States v. Corsino,</u> 812 F.2d 26, 30 (1st Cir. 1986). *See also* First Circuit, Pattern Jury Instructions (Criminal), West, 1998 §4.08.

**JURY INSTRUCTION NO. 11**
**DEFINITION – "FALSE"**

A statement is "false" if it was untrue when made.

*See* First Circuit, Pattern Jury Instructions (Criminal), West, 1998 §4.08.