SCANNED
DATE: 3-28-05
BY: KBoy

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2005 MAR 28 P 3: 11

U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES OF AMERICA

vs.

CLARENCE L. EARLE

04 CR-10065-MLW

### MOTION TO WITHDRAW AS COUNSEL

Now comes Paul F. Markham, the court appointed counsel for the defendant in the above entitled case, and respectfully moves that he be allowed to withdraw as counsel and that new counsel be appointed in his place. Counsel represents that there exists an irreconcilable difference of opinion concerning the presentation of a defense to the charges in the indictment and, therefore, submits he can not continue to afford the defendant the assistance of counsel to which he is entitled.

This case is scheduled for a final pretrial conference on Wednesday, March 30, 2005 at which time the court may wish to conduct an *in camera* hearing concerning this motion.

Respectfully submitted

Paul F. Markham

### CERTIFICATE OF SERVICE

I certify that I made service of the above document upon the defendant, Clarence Earle and Assisant Unitged States Attorney, Seth Berman, by mail this 25th day of March, 2005.

Paul F. Markham