UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.          )<br>)<br>CLARENCE L. EARLE          ) | Cr. No. 04-10065-MLW |

ORDER

WOLF, D.J.                                                                             March 30, 2005

    The court has received Paul Markham, Esq.'s Motion to Withdraw as Criminal Justice Act counsel for defendant Clarence L. Earle because of irreconcilable differences. The motion will require a hearing before being decided. Earle's prior counsel was permitted to withdrew because of irreconcilable differences. Mr. Markham was appointed to replace him. Therefore, the court is not only concerned about whether there is a proper basis to permit Mr. Markham to withdraw, but also about whether Earle can and will work appropriately with any other counsel the court might appoint.

    Accordingly, it is hereby ORDERED that:

    1. The March 30, 2005 hearing is CANCELLED.

    2. Mr. Markham and Earle shall confer and Mr. Markham shall, by April 5, 2005, inform the court whether he feels he can continue to represent Earle. If he wishes to maintain his motion to withdraw, Mr. Markham shall file a supporting affidavit <u>ex parte</u> and under seal.

    3. A hearing to address all pending matters shall be held on

April 8, 2005, at 10:00 a.m. If, by agreement or by order of the court, Mr. Markham continues to represent Earle, the trial previously scheduled to begin on April 4, 2005, shall commence on April 18, 2005.

                                                      /s/ Mark L. Wolf
                                                      UNITED STATES DISTRICT JUDGE