UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>CLARENCE L. EARLE )<br>a/k/a ERIC ALLEN )<br>a/k/a LEMONT TIPPET )<br>a/k/a THEODORE WILSON )<br>a/k/a ROBERT PREVAL )<br>) | Case No.  04-cr-10065 MLW |

## JOINT STATUS REPORT

The United States, by and through its attorneys United States Attorney Michael J. Sullivan and Assistant United States Attorney Seth P. Berman, and the defendant, by and through his attorney Paul Markum, Esq., jointly submit this Status Report, and state as follows:

(1) Paul Markum, attorney for the defendant, continues to believe that he cannot represent the defendant and thus seeks an order from the Court allowing him to withdraw as counsel pursuant to the motion and supporting documents he filed on March 25, 2005 and thereafter; and

(2) The government is ready to try this case on April 18, 2005, or on such other day as may be set by the Court for trial.

Respectfully Submitted,

| | |
|---|---|
| CLARENCE L. EARLE<br>by his attorney: | MICHAEL J. SULLIVAN<br>United States Attorney |
| /s/ Paul Markum, Esq (by SPB)<br>PAUL MARKUM, Esq.<br>58 Ocean Avenue<br>Melrose, MA 02176<br>781-665-1800 | By:  /s/ Seth P. Berman<br>SETH P. BERMAN<br>Assistant U.S. Attorney<br>617-748-3100 |