UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10065

| United States of America | Clarence Earle |
|---|---|
| PLAINTIFF | DEFENDANT |
| Seth Berman | Paul Markham |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary            REPORTER   Twomey

CLERK'S NOTES

| DATES: | Motion Hearing/Arraignment |
|---|---|
| 4/8/05 | Court addresses defense counsel's pending motion to withdraw. Government asked to step out of the courtroom during the motion hearing. Defendant takes the stand and is sworn. Court takes a recess. Defense counsel reports that he still wishes to pursue his motion to withdraw in any capacity. Defendant reports that he does not wish to represent himself. Court under the circumstances allows defense counsel's motion to withdraw. Court will have new counsel appointed for the defendant. Court defers the arraignment on the superseding indictment until new counsel is appointed. Court, with the assent of the defendant, excludes all the time between now and the arraignment for speedy trial act purposes. |