UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 04-10065-MLW |
| ) | |
| CLARENCE L. EARLE ) | |

ORDER

WOLF, D.J.                                            April 7, 2005

As stated in court, with the agreement of defendant Clarence Earle, it is hereby ORDERED that:

1. Paul Markham, Esq.'s motion to withdraw as counsel for Earle is ALLOWED.

2. Criminal Justice Act counsel for earl shall, for the third time, be appointed.

3. The time until Earle's arraignment on the Superceding Indictment is excluded for Speedy Trial purposes because the ends of justice served by allowing time for new defense counsel to be appointed outweigh the interest of the defendant and the public in a speedy trial. See 18 U.S.C. §3161(a)(8)(A).

                                    /s/ MARK L. WOLF
                                    UNITED STATES DISTRICT JUDGE