UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**                                        **CRIMINAL  CASE**

                                                                        **NO. 04-10065-MLW**
                            V.


**CLARENCE EARLE**
               **Defendant(s)**


## NOTICE OF HEARING

**WOLF, D.J.**

   PLEASE TAKE NOTICE that the above-titled case has been set for an ARRAIGNMENT on **MAY 23, 2005** at 10:30 A.M. before Judge Wolf in Courtroom # **10** on the **5**th floor.


                                                                  SARAH A. THORNTON
                                                                  CLERK OF COURT


**May 16, 2005**                              By:    **/s/ Dennis O'Leary**
       Date                                                **Deputy Clerk**

**Notice to:**
(crim-notice.wpd - 7/99)                          [ntchrgcnf.]
                                                              [kntchrgcnf.]