### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10065   

United States of America                              Clarence Earle                              
                   PLAINTIFF                                              DEFENDANT

Seth Berman                              Charles Rankin                              

_____                    _____

_____                    _____

       COUNSEL FOR PLAINTIFF                    COUNSEL FOR DEFENDANT

JUDGE   Wolf                    CLERK   O'Leary              REPORTER   Twomey   

### CLERK'S NOTES

| DATES: | Arraignment |
|--------|-------------|
| 5/23/05 | Defendant takes the stand and is sworn.  Colloquy given.  Defendant pleads not guilty to the two counts |
| | contained in the superseding indictment.  Defendant informs the court that he intends to file motions to |
| | suppress statements.  Court sets schedule for the filing of motions to suppress as follows: Defendant shall |
| | by July 29, 2005 file a motion to suppress and a motion to file late.  Government response shall be filed by |
| | August 12, 2005.  Scheduling conference set for August 18, 2005 at 3:00 PM.  Court with the parties assent |
| | excludes all the time between today and August 13, 2005. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |