UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

_____

No. 04-CR-10065-MLW
_____

UNITED STATES

v.

CLARENCE EARLE
_____

**DEFENDANT'S MOTION TO SUPPRESS STATEMENTS**

Pursuant to Rule 12(b)(3)(C) of the Federal Rules of Criminal Procedure, the defendant Clarence Earle, aka Theodore Wilson, moves the Court for an order suppressing all statements he allegedly made in response to questioning by ICE Special Agent Eric LaForte following Earle's arrest on November 6, 2003, and in response to questioning by ICE Special Agent Richard Coleman following Earle's arrest on February 12, 2004. In support of this motion, the defendant states that, according to the Affidavit of Clarence Earle, filed herewith, the defendant was not warned in accordance with <u>Miranda v. Arizona</u>, 384 U.S. 436, 479 (1966), and <u>Dickerson v. United States</u>, 530 U.S. 428, 438-40 (2000), and the self-incrimination clause of the Fifth Amendment. A memorandum of law is submitted herewith.

**REQUEST FOR EVIDENTIARY HEARING**

The defendant requests that the Court conduct an evidentiary hearing on this motion because its resolution depends on whether the Court credits the government's contention that the statements in question were made after the defendant was given his <u>Miranda</u> warnings.

Respectfully submitted
The defendant Clarence Earle
By his attorney

/s/

_____
Charles W. Rankin
BBO 411780
Rankin & Sultan
1 Commercial Wharf North
Boston, MA  02110
(617) 720-0011