UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

---

No. 04-CR-10065-MLW

---

UNITED STATES

v.

CLARENCE EARLE

---

**DEFENDANT'S AFFIDAVIT**

Being duly sworn according to law, Clarence Earle, aka Theodore Wilson, states:

1. My name is Theodore Wilson and I am the defendant in this case.

2. On November 6, 2003, I was arrested by Boston Police officers and agents from Immigration and Customs Enforcement. After my arrest, and while still in custody, I was questioned by ICE agents. I was not given my Miranda warnings prior to questioning.

3. On February 12, 2004, I was taken into custody by ICE agents. While still in custody, I was questioned by those agents. They did not given me my Miranda warnings prior to questioning.

Signed under the penalty of perjury on August 3, 2005.

*T Wilson*
Theodore Wilson, aka Clarence Earle