UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL #04-10065-MLW

_____

UNITED STATES

v.

CLARENCE EARLE

_____

**DEFENDANT'S MOTION FOR AN ORDER
DIRECTING THE US MARSHAL TO BRING DEFENDANT
TO COURT ON THURSDAY, AUGUST 18TH FOR CONFERENCE**

The defendant Clarence Earle, by his attorney, moves the Court to issue an order directing the US Marshal to bring the defendant to the scheduled conference on Thursday, August 18th at 1:15 p.m. In support of this motion, undersigned counsel states that Mr. Earle has expressed a desire to attend. In light of the difficulties that prior counsel had in communicating effectively with Mr. Earle,

-1-

undersigned counsel believes that it would facilitate the future attorney/client relationship if Mr. Earle is able to attend and observe what occurs at the conference.

    Respectfully submitted,

    **CLARENCE EARLE**

    By his attorney,

    /s/

    _____
    Charles W. Rankin, BBO #411780
    Rankin & Sultan
    One Commercial Wharf North
    Boston, MA 02110
    (617) 720-0011