UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10065

| United States of America | Clarence Earle |
|---|---|
| PLAINTIFF | DEFENDANT |
| Seth Berman | Charles Rankin |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf         CLERK   O'Leary         REPORTER   Twomey

CLERK'S NOTES

| DATES: | Status Conference |
|---|---|
| 8/18/05 | Court receives an oral report as to the status of the case. Court allows the government's motion to dismiss count 2 of the indictment with no objection by the parties and on the representation by the government that it will not try to reinstate the charge. Court decides that an evidentiary hearing is required on the defendant's pending motion to dismiss. Government anticipates calling four witnesses. Defendant is expected to testify as well. Court schedules the motion hearing for October 7, 2005 at 9:30 AM. Defendant shall file any motion to dismiss by September 7, 2005. Court schedules the trial for October 31, 2005. Defendant agrees to exclude all the time from October 7, 2005 through October 31, 2005 after conferring with his counsel. Court sets the remaining filing and hearing deadlines. Procedural order to issue. |