```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
                            )
        v.                  )    Cr. A. No. 04-10065-MLW
                            )
CLARENCE L. EARLE           )
```

ORDER

WOLF, D.J.                                           August 18, 2005

It is hereby ORDERED pursuant to Fed. R. Evid. 615 that, except for the designated representative of the government and the defendant, each witness in this case:

1. Shall not discuss this case, including but not limited to his or her prospective testimony, with any other witness;

2. Shall be excluded from the courtroom when other witnesses are testifying; and

3. Shall not after testifying tell any prospective witness what he or she was asked or answered.

This Order shall not operate to prevent counsel from conferring with a witness prior to his or her testimony. However, unless protected by the attorney-client privilege or some other applicable privilege, such communications may be explored on direct and/or cross-examination of the witness.

```
                              /s/ MARK L. WOLF
                         UNITED STATES DISTRICT COURT
```