UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 04-CR-10065-MLW |
| ) | |
| CLARENCE EARLE ) | |

### DISMISSAL OF COUNT TWO OF INDICTMENT

The government respectfully dismisses, pursuant to Fed. R. Crim. P. 48(a), Count Two of the Indictment against defendant Clarence Earle, which charged him with a violation of 18 U.S.C. §1001. As grounds therefor, the government states that the prosecution of the referenced count is not necessary to further the interests of justice.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Seth P. Berman
      SETH P. BERMAN
      Assistant U.S. Attorney

August 12, 2005

LEAVE TO FILE GRANTED:

_____
HON. MARK L. WOLF
United States District Judge

Dated: August 18, 2005