UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10065

| United States of America | Clarence Earle |
|---|---|
| PLAINTIFF | DEFENDANT |
| Seth Berman | Charles Rankin |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE  Wolf          CLERK   O'Leary          REPORTER   Twomey

CLERK'S NOTES

| DATES: | Suppression Hearing |
|---|---|
| 10/7/05 | Government calls officer Daniel Linsky - witness takes the stand and is sworn. Officer Linsky's miranda card marked as exhibit 1. Signed miranda warning marked as exhibit 2. Government calls Office Pujucco witness takes the stand and is sworn. Government rests. Defendant does not present any evidence. Court listens to the parties arguments on the defendant's motion to suppress. Court takes the matter under advisement Court orders the parties to order the transcript from today's hearing on an expedited basis supplement their filings by 10/14, file any responses by 10/20. Court will give the parties its decision at the final pretrial conference scheduled for 10/27. |