```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | C.R. No. 04-10065-MLW |
| | ) | |
| CLARENCE L. EARLE | ) | |
|     Defendant. | ) | |

ORDER

WOLF, D.J.                                              October 7, 2005

For the reasons described in court on October 7, 2005, it is hereby ORDERED that:

1. The parties shall, by October 14, 2005, supplement their submissions concerning defendant's motion to suppress to address the issues that emerged at the October 7, 2005 hearing. See e.g. Moran v. Burbine, 475 U.S. 412, 421 (1986); North Carolina v. Butler, 441 U.S. 369, 373 (1979).

2. The parties shall, by October 20, 2005 at 12:00 noon, file any replies.

                                        /s/ MARK L. WOLF
                                        UNITED STATES DISTRICT JUDGE