UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**  **CRIMINAL CASE**

**NO. 04-10065-MLW**

V.

**CLARENCE EARLE**
      Defendant(s)

**NOTICE OF RESCHEDULING**

**WOLF, D.J.**

The **FINAL PRETRIAL CONFERENCE** previously scheduled for **OCTOBER 27, 2005** at **4:00 P.M.** before Judge **Wolf**, has been **RESCHEDULED** for **OCTOBER 27, 2005** at **1:00 P.M.** in courtroom 10 on the fifth floor.

                                        SARAH A. THORNTON
                                        CLERK OF COURT

**October 21, 2005**                    By:    /s/ Dennis O'Leary
      Date                                        Deputy Clerk

**Notice to:**
(crim-cancel.wpd - 7/99)                                    [ntchrgcnf.]
                                                        [kntchrgcnf.]