UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) ) | Case No. 04-cr-10065 MLW |
| **CLARENCE L. EARLE**<br>a/k/a ERIC ALLEN<br>a/k/a LEMONT TIPPET<br>a/k/a THEODORE WILSON<br>a/k/a ROBERT PREVAL | ) ) ) ) ) ) | |

GOVERNMENT'S WITNESS LIST

The government hereby gives notice that it may call the following persons as witnesses during its case-in-chief. The government reserves the right to add additional witnesses prior to trial:

1. Special Agent William Sansone
   United States Dept. of Homeland Security
   Immigration and Customs Enforcement

2. Senior Special Agent Cheryl Bassett
   United States Dept. of Homeland Security
   Immigration and Customs Enforcement

3. Senior Fingerprint Specialist Genius Johnson
   United States Dept. of Homeland Security

4. Senior Fingerprint Specialist Brian Johnson
   United States Dept. of Homeland Security

5. Officer Joann Sassone
   Records and Information Services
   United States Dept. of Homeland Security
   Immigration and Customs Enforcement

6. Special Agent Eric Laforte
   United States Dept. of Homeland Security
   Immigration and Customs Enforcement

7.     Police Officer Peter Pasciucco
       MBTA Police Department

8.     Immigration Enforcement Agent Jose Melina
       United States Dept. of Homeland Security
       Immigration and Customs Enforcement

9.     Immigration Enforcement Agent William Chambers
       United States Dept. of Homeland Security
       Immigration and Customs Enforcement

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

               By:    /s/ Seth P. Berman
                                    SETH P. BERMAN
                                    Assistant U.S. Attorney

Dated:   October 21, 2005