UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | Case No. 04-cr-10065 MLW |
| **CLARENCE L. EARLE**<br>a/k/a **ERIC ALLEN**<br>a/k/a **LEMONT TIPPET**<br>a/k/a **THEODORE WILSON**<br>a/k/a **ROBERT PREVAL** | ) ) ) ) ) ) ) | |

## GOVERNMENT'S SECOND PROPOSED EXHIBIT LIST

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Seth P. Berman, hereby submits this Second Proposed Exhibit List in the above-captioned matter. The government reserves the right to supplement, modify, or withdraw from this list.

1) "Warrant for Deportation" (August 6, 1990 and January 3, 1991) (includes right thumb print) (2 pages)

2) "Notice of Intent / Decision to Reinstate Prior Order," April. 12, 2001 by Bruce Chadbourne (1 page)

3) "Warrant of Removal/Deportation" (August 21, 2001 and July 10, 2002) (includes right index print) (2 pages)

4) "Warning for Person Ordered Removed or Deported" (August 21, 2001) (1 page)

5) Jamaican Emergency Certificate to Facilitate Travel (March 5, 2002) (2 pages)

6) "Notice of Intent / Decision to Reinstate Prior Order," February 12, 2004 by Paul

Sterling (1 page)

7) Court Documents from <u>United States v. Clarence Lynval Earle</u>, 90-cr-109, United States District Court for the District of Colorado (19 pages)[1]

8) Full Fingerprint Card taken on January 25, 1990, after defendant's arrest in the District of Colorado

9) Court Documents from <u>United States v. Eric Allen</u>, 92-cr-00239, United States District Court for the Western District of New York (43 pages)[2]

10) Full Fingerprint Card taken on September 24, 1992 during defendant's arrest in the Western District of New York for Attempted Illegal Reentry (1 pages)

11) Certificate of Nonexistence of Record (February 24, 2004) (1 page)

12) Full Fingerprint Card taken on February 13, 2004 by Special Agent William Sansone (2 pages)

13) Transcript of Plea , <u>United States v. Eric Allen</u>, 92-cr-00239, United States District Court for the Western District of New York (30 pages)

14) Affidavit of Clarence Lynnal (sic) Earle, Janaury 25, 1990 (2 pages)

15) Transcript of Deportation Hearing, <u>Matter of Clarence Linval Earle,</u> February 12-22, 1990 (34 pages)

16) Itinerary from Denver to Jamaica via Miami for Clarence Earle, January 3, 1991

---

[1] Included in this Court record, among other things, are the following documents: the Judgement in a Criminal Case,(4 pages); Statement of Defendant in Advance of Plea (4 pages); and the Plea Agreement and Stipulation of Facts (6 pages).

[2] Included in this Court record, among other things, are the following documents: the Judgement in a Criminal Case,(4 pages); and the Plea Agreement (8 pages).

      (1 page)

17) Record of Persons/Property Transferred, January 3, 1991 (1 page)

18) Fingerprint Comparison: Comparing Print on Exhibit 1 with Print on Exhibit 12

19) Fingerprint Comparison: Comparing Print on Exhibit 3 with Print on Exhibit 12

20) Fingerprint Comparison: Comparing Print on Exhibit 8 with Print on Exhibit 12

21) Fingerprint Comparison: Comparing Print on Exhibit 10 with Print on Exhibit 12

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          United States Attorney

By:   /s/ Seth P. Berman
      SETH P. BERMAN
      Assistant U.S. Attorney

Dated:   October 21, 2005