UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

_____

No. 04-CR-10065-MLW

_____

UNITED STATES

v.

CLARENCE EARLE

_____

**NOTICE OF CHANGE OF ADDRESS**

Please be advised that as of October 31, 2005, the new address for counsel of record will be:

Charles W. Rankin
Rankin & Sultan
151 Merrimac St., Second Floor
Boston, MA 02114-4717
Phone 617-720-0011
Fax 617-742-0701

    Respectfully submitted

    /s/ Charles W. Rankin

    _____
    Charles W. Rankin
    BBO No. 411780
    Rankin & Sultan
    1 Commercial Wharf North
    Boston, MA 02110
    (617) 720-0011

October 25, 2005