UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

_____

No. 04-CR-10065-MLW

_____

UNITED STATES

v.

CLARENCE EARLE

_____

**DEFENDANT'S MOTION FOR TRANSCRIPT
AT GOVERNMENT EXPENSE**

Pursuant to the Criminal Justice Act, 18 U.S.C., § 3006A, the defendant Clarence Earle, aka Theodore Wilson, moves the Court for an order permitting him to obtain at government expense a copy of the transcript of the October 27, 2005 hearing concerning the defendant's motion to suppress. In support of this motion, the defendant states that he is indigent, and that a copy of the transcript will be helpful in determining whether a further memorandum of law should be filed.

    Respectfully submitted
    The defendant Clarence Earle
    By his attorney

    /s/ Charles W. Rankin
    _____
    Charles W. Rankin
    BBO 411780
    Rankin & Sultan
    1 Commercial Wharf North
    Boston, MA  02110
    (617) 720-0011