UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10065

| United States of America | Clarence Earle |
|---|---|
| PLAINTIFF | DEFENDANT |
| Seth Berman | Charles Rankin |
| | |
| | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf        CLERK   O'Leary        REPORTER   Twomey

CLERK'S NOTES

| DATES: | Final Pretrial Conference |
|---|---|
| 10/27/05 | Court allows the parties to further argue the motion to suppress. |
| | Court takes the motion under advisement. Court continues the trial from 10/31/2005 to 11/7/2005. |