UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.           )<br>)<br>CLARENCE L. EARLE    )<br>a/k/a ERIC ALLEN     )<br>a/k/a LEMONT TIPPET    )<br>a/k/a THEODORE WILSON   )<br>a/k/a ROBERT PREVAL    )<br>) | Case No. 04-cr-10065 MLW |

GOVERNMENT'S SUPPLEMENTAL WITNESS LIST

    The government hereby gives notice that it may call the following persons as witnesses during its case-in-chief. These witnesses are in addition to the witnesses listed on the government's October 21, 2005 witness list. The government reserves the right to add additional witnesses prior to trial:

10.    Douglas L. Truesdale, Assistant Port Director, Passenger Operations
       United States Dept. of Homeland Security
       Customs and Border Protection
       Dallas Texas

11.    Senior Special Agent Michael G. Riebau,
       United States Dept. of Homeland Security
       Immigration and Customs Enforcement
       Denver, Colorado

12.    Michelle L. McLaughlin
       Official Court Reporter
       U.S.D.C., W.D.N.Y.

                                                                   Respectfully submitted,

                                                                   MICHAEL J. SULLIVAN
                                                                   United States Attorney

                                         By:    /s/ Seth P. Berman
                                                      SETH P. BERMAN
                                                        Assistant U.S. Attorney

Dated:   November 1, 2005