UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Case No. 04-cr-10065 MLW |
| CLARENCE L. EARLE<br>a/k/a ERIC ALLEN<br>a/k/a LEMONT TIPPET<br>a/k/a THEODORE WILSON<br>a/k/a ROBERT PREVAL | ) ) ) ) ) ) | |

### GOVERNMENT'S SUPPLEMENTAL PROPOSED EXHIBIT LIST

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Seth P. Berman, hereby submits this Supplemental Proposed Exhibit List in the above-captioned matter. These exhibits are in addition to the exhibits on the Government's Second Proposed Exhibit List. The government reserves the right to supplement, modify, or withdraw from this list.

22) Order to Show Cause, Notice of Hearing, and Warrant for Arrest of Alien, Clarence Lynval Earle, January 25, 2005 (with fingerprint) (1 page)

23) Order of Immigration Judge, February 22, 1990 (1 page)

            Respectfully submitted,

            MICHAEL J. SULLIVAN
            United States Attorney

      By:  /s/ Seth P. Berman
         SETH P. BERMAN
         Assistant U.S. Attorney

Dated: November 1, 2005