

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

November 2, 2005

Dennis O'Leary
By Hand Delivery

    Re: Clarence Earle 04-10065-MLW

Dear Dennis:

    Enclosed please find the proposed exhibits that Judge Wolf requested I provide the Court.

                  Very truly yours,

                  MICHAEL J. SULLIVAN
                  United States Attorney

        By: _____
                  SETH P. BERMAN
                  Assistant U.S. Attorney