UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10065

| United States of America | Clarence Earle |
|---|---|
| PLAINTIFF | DEFENDANT |
| Seth Berman | Charles Rankin |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary            REPORTER Romanow

CLERK'S NOTES

| DATES: | Jury Trial - Day 1 |
|---|---|
| 11/7/05 | Court issues amended memorandum and order as to defendant's motion to suppress. Court goes over preliminary matters with the parties. Court orders the parties to meet, confer and report regarding any proposed redactions concerning the government's exhibits by 5:00 PM today. Jury voir dire begins. Jury pool sworn in. Parties exercise their challenges. Jury of 12 and 2 alternates sworn in. Court excuses the jury for the day to report back at 9:00 AM tomorrow morning. Court goes over other matters with the parties. |