# RANKIN & SULTAN
## ATTORNEYS AT LAW

| | |
|---|---|
| **CHARLES W. RANKIN** | **151 MERRIMAC STREET, 2ND FLOOR** |
| **JAMES L. SULTAN** | **BOSTON, MA 02114** |
| **CATHERINE J. HINTON** | **(617) 720-0011** |
| — | — |
| **MICHELLE MENKEN** | **FAX (617) 742-0701** |
| **JONATHAN HARWELL** | **E-MAIL CRANKIN@RANKIN-SULTAN.COM** |

November 8, 2005

Hon. Mark L. Wolf
United States District Judge
Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   **United States v. Clarence Earle, No. 04-CR-10065-MLW**

Dear Judge Wolf:

      Last week, at the suggestion of Judge Saris, I was asked by someone from the Administrative Office of the U.S. Courts to participate in a discussion of indigent defense systems for a delegation of officials from Great Britain on Thursday, November 10 at 2:15 p.m. I agreed to do so, but explained that my participation might be limited if it is necessary to have an afternoon hearing in the Earle case.

      I wanted to let Your Honor know of this meeting. I understand from Mr. O'Leary that we probably will not have any hearing in the Earle matter on Thursday afternoon because of your schedule.

                               Sincerely,

                               /s/ Charles W. Rankin

                               Charles W. Rankin

cc:   Seth Berman, Assistant U.S. Attorney