UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

---

No. 04-CR-10065-MLW

---

UNITED STATES

v.

CLARENCE EARLE

---

*Filed in Open Court
November 14, 2005*

**DEFENDANT'S MOTION FOR ENTRY OF JUDGMENT OF ACQUITTAL**

Pursuant to Rule 29 of the Federal Rules of Criminal Procedure, the defendant Clarence Earle moves that the Court enter a judgment of acquittal on the ground that the government has failed to adduce sufficient evidence to establish beyond a reasonable doubt each element of the offense.

> Respectfully submitted
> The defendant Clarence Earle
> By his attorney
>
> _____
> Charles W. Rankin
> BBO 411780
> Rankin & Sultan
> 151 Merrimac Street, 2nd floor
> Boston, MA 02114
> (617) 720-0011

*Denied.
Wolf, D.J.
Nov. 14, 2005*