UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

No. 04-CR-10065-MLW

UNITED STATES

v.

CLARENCE EARLE

*Filed in Open Court*
*November 14, 2005*

**DEFENDANT'S MOTION TO STRIKE CONDITIONALLY ADMITTED EXHIBITS**

Pursuant to Rule 104(b) of the Federal Rules of Evidence, the defendant Clarence Earle moves that the Court strike from the jury's consideration each of the exhibits that it conditionally admitted. In support of this motion, the defendant states that the government has failed to produce sufficient evidence to warrant consideration of the disputed evidence by the jury.

> Respectfully submitted
> The defendant Clarence Earle
> By his attorney
>
> _____
> Charles W. Rankin
> BBO 411780
> Rankin & Sultan
> 151 Merrimac Street, 2nd floor
> Boston, MA 02114
> (617) 720-0011

*For the reasons described in court, this motion is DENIED.*

*W o L. D.J.*
*Nov. 14, 2005*