UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RECEIVED
November 14, 2005
AT 11:50 AM

UNITED STATES OF AMERICA  )
                          )
         v.               )    Cr. A. No. 04-10065-MLW
                          )
CLARENCE L. EARLE         )

VERDICT

We the jury find the defendant Clarence L. Earle

___Guilty_____ on Count 1.

___Nov 14, 2005___          ___[signature]___
Date                         Foreperson