UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10065

| United States of America | Clarence Earle |
|---|---|
| PLAINTIFF | DEFENDANT |
| Seth Berman | Charles Rankin |
| | |
| | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary            REPORTER  Romanow

CLERK'S NOTES

| DATES: | Jury Trial - Day 3 |
|---|---|
| 11/10/05 | Court goes over preliminary matters with the parties. Defendant renews his objection with regard to the government witnesses Ribeau and Truesdale. Defendant withdraws his waiver of the second motion to suppress and asks the court to deny it on the merits based on Li to preserve the defendant's appeal. Witness Joann Sassone retakes the stand. Exhibit D marked as exhibit 145 and admitted into evidence. Exhibit E marked as exhibit 15 and admitted into evidence. Court excuses the jury for the morning break and allows the parties to conduct a voir dire into the witness surrounding the issues raised in the defendant's second motion to suppress. Record of deportable alien dated 2/13/04 marked as exhibit F for id only. Record of deportable alien dated 4/5/01 marked as exhibit G for id only. Record of deportable alien dated 1/25/90 marked as exhibit H for id only. Notice to show cause dated 8/2/89 marked as exhibit I for id only. Voir dire of Ms. Sassone concluded. Defendant renews his motion to strike exhibit 6 and to strike government witness Agent Ribeau. Court denies the defendant's request. Defendant requests a voir dire of Agent Michael G. Ribeau. Court grants the request. Witness takes the stand and is sworn. Jury is brought back in. Government calls Agent Michael Ribeau - witness takes the stand and is sworn. Government calls Genius Johnson - witness takes the stand and is sworn. Four fingerprint comparison marked as exhibit 16-19. Exhibit 5 from the Denver Court file marked as exhibit J and admitted into evidence. Government calls William Sansone - witness takes the stand and is sworn. Jury is excused for the day. Court goes over matters with the parties concerning government witness Truesdale. |