✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

### DISTRICT OF

| UNITED STATES OF AMERICA V. CLARENCE EARLE | EXHIBIT AND WITNESS LIST Case Number: CR04-10065-MLW |
|---|---|

| PRESIDING JUDGE Wolf | PLAINTIFF'S ATTORNEY Seth Berman | DEFENDANT'S ATTORNEY Charles Rankin |
|---|---|---|
| TRIAL DATE (S) 11/7/2005 - 11/12/2005 | COURT REPORTER Romanow | COURTROOM DEPUTY O'Leary |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| A1 | | 11/8/05 | X | | Finger print card dated 1/24/90 w/charge |
| A2 | | 11/8/05 | X | | Finger print card dated 1/24/90 w/o charge |
| B1 | | 11/8/05 | X | | Finger print card dated 9/24/92 w/charge |
| B2 | | 11/8/05 | X | | Finger print card dated 9/24/92 w/o charge |
| C | | 11/8/05 | X | | Redacted version of INS warning/order dated 8/21/01 |
| ---- | | 11/8/05 | | | Joann Sassone |
| 1 | | 11/8/05 | | X | Warrant of deportation dated 8/6/90. |
| 2 | | 11/8/05 | | X | Notice of Intent to Reinstate Prior Order dated 3/29/01 |
| 3 | | 11/8/05 | | X | Warrant of Removal/Deportation dated 8/21/01 |
| 4 | | 11/8/05 | | X | Exhibit C |
| 5 | | 11/8/05 | | X | Order to show cause/notice of hearing and warrant dated 1/25/90 |
| D | | 11/8/05 | X | | Order of Voluntary Deportation dated 3/15/90 |
| E | | 11/8/05 | X | | Transcript dated 2/12/90 |
| 6 | | 11/8/05 | | X | Affidavit of Clarence Earle dated 1/25/90 |
| 7 | | 11/8/05 | | X | Exhibit A2 |
| 8 | | 11/8/05 | | X | Exhibit B2 |
| 9 | | 11/8/05 | | X | FBI fingerprint card dated 2/13/04 |
| 10 | | 11/8/05 | | X | Notice of Intent to Reinstate Prior Order dated 2/12/04 |
| 11 | | 11/8/05 | | X | Flight itinerary dated 12/28/90 |
| 12 | | 11/8/05 | | X | Record of persons and property transferred dated 1/3/91 |
| 13 | | 11/8/05 | | X | Certificate of Nonexistence of Record dated 2/24/04 |
| ---- | | 11/10/05 | | | Joann Sassone |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

✎AO 187A (Rev. 7/87)                               **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES | | vs. | | CLARENCE EARLE | CASE NO. CR04-10065 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 14 | | 11/10/05 | | X | Exhibit D |
| 15 | | 11/10/05 | | X | Exhibit E |
| | F | 11/10/05 | X | | Record of deportable alien dated 2/13/04 |
| | G | 11/10/05 | X | | Record of deportable alien dated 4/5/01 |
| | H | 11/10/05 | X | | Record of deportable alien dated 1/25/90 |
| | I | 11/10/05 | X | | Notice to show cause dated 8/2/89 |
| ---- | | 11/10/05 | | | Michael Ribeau |
| ---- | | 11/10/05 | | | Genius Johnson |
| 16 | | 11/10/05 | X | | Fingerprint Comparison |
| 17 | | 11/10/05 | X | | Fingerprint Comparison |
| 18 | | 11/10/05 | X | | Fingerprint Comparison |
| 19 | | 11/10/05 | X | | Fingerprint Comparison |
| | J | 11/10/05 | | X | Exhibit 5 from the Denver Court File |
| ---- | | 11/10/05 | | | William Sansone |
| | K | 11/10/05 | X | | Plea agreement from Buffalo case |
| | L | 11/10/05 | X | | Redacted version of exhibit K |
| | M | 11/14/05 | X | | Verdict Form |
| 20 | | 11/14/05 | | X | Exhibit L |

Page  2   of  4   Pages