UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

_____

No. 04-CR-10065-MLW

_____

UNITED STATES

v.

CLARENCE EARLE

_____

**DEFENDANT'S MOTION FOR TRANSCRIPT OF TRIAL
AT GOVERNMENT EXPENSE**

Pursuant to the Criminal Justice Act, 18 U.S.C., § 3006A, the defendant Clarence Earle, aka Theodore Wilson, moves the Court for an order permitting him to obtain at government expense a copy of the transcript of the trial in this case, including November 7, 8, 10, and 14, 2005. In support of this motion, the defendant states that he expects to appeal after the Court imposes sentence on February 21, 2006, and that a copy of the trial transcript will be necessary for the appeal. By ordering the transcript now, the court reporter will be able to fit in preparation of the transcript with the other demands on his time.

    Respectfully submitted
    The defendant Clarence Earle
    By his attorney

    /s/ Charles W. Rankin

    _____
    Charles W. Rankin, BBO 411780
    Rankin & Sultan
    151 Merrimac St., 2nd floor
    Boston, MA 02114-4717
    (617) 720-0011