IG-493

# RECORD OF DEPORTABLE ALIEN (See A.M. — 2790.31 - 34 for Instructions)

| Family Name (Capital Letters) | Given Name | Middle Name | Sex | Hair | Eyes | Complexion |
|---|---|---|---|---|---|---|
| EARLE, Clarence Lynval | AKA: "JUBY" | "MICHAEL" | M | Blk | Brn | Dark |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| JAMAICA | NONE | A28 488 757 | 5'6" | 140 | Laborer |

| U.S. Address (Residence) (Number) (Street) (City) (State) (Zip Code) | Scars or Marks |
|---|---|
| 3235 Pontiac Street, Denver, CO | small cut scar on forehead |

| Date, Place, Time, Manner of Last Entry | Passenger Boarded At | F.B.I. No. | Marital Status |
|---|---|---|---|
| UNK DATE IN 1986 – MIA – STOWAWAY | | | ☒ Single ☐ Widow(er) ☐ Married ☐ Separated ☐ Divorced |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| 250 Barnett St., Montego Bay, Jamaica | 511.1.1(a) |

| Birthdate | Date of Action | Location Code | (At/Near) | Date & Hour |
|---|---|---|---|---|
| 10/29/67 (22) | 1/25/90 | DEN | Aurora | 1/24/90 9:30PM |

| City, Province (State) and Country of Birth | AR Form: (Type & No.) | ☐ Lifted ☐ Not Lifted | By |
|---|---|---|---|
| MONTEGO BAY, JAMAICA | ☒K | | OCDETF: RIEBAU & THOMPSON |

| Visa Issued At – NIV No. | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| NONE | CLAIMS NONE | STOWAWAY | |

| Date Visa Issued | Social Security No. | Send C.O. Rec. Check To: | Length of Time Illegally in U.S. |
|---|---|---|---|
| N/A | N/A | DEN | OVER 1 YEAR year unk |

| Immigration Record | Criminal Record |
|---|---|
| No prior adverse record known | Paid fine for marihuana poss in Jamaica |

| Name, Address, and Nationality of Spouse (Maiden Name, if appropriate) | Number & Nationality of minor Children |
|---|---|
| NONE – Claims single – never married | Claims none |

| Father's Name, and Nationality and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| David EARLE / Jamaica / deceased | Myrtle THOMPSON / Jamaica / Jamaica |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted | Lookout Book Checked | Deportation Charge(s) (Code Words) |
|---|---|---|---|
| ☒ None Claimed ☐ See Form I-43 | ☒ Yes ☐ No | ☐ Not Listed ☐ Listed, Code | |

| Name and Address of (Last) (Current) U.S. Employer | Type of Employment | Salary | From: | To: |
|---|---|---|---|---|
| Unknown agricultural employer MIA | fruit picker | $4.00 hr. | Sometime 1986 to 1987 | |

Narrative (Outline particulars under which alien located/apprehended. Include details, not shown above, re time, place, manner of last entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior) Alien has been advised of communication privileges pursuant to 8 CFR 242.2(e).
Initial _____ Date _____

SUBJECT, native & citizen of Jamaica, located & arrested 1/24/90 at approx. 9:30PM at Apt 202, 1752 Chester, Aurora. Arrested based on issuance of I-200 issued earlier on 1/24. When apprehended, SUBJECT advised that guns were in the back room of the apt. Discovered was a "Saturday night special" - .38 cal & an S&W Mod 66 .357 which was determined to be stolen out of Louisianna. Prosecution for possession of these guns is currently being considered by US Attorney's Office. Found also during the search of luggage, with consent, of Darcel PENIER, USC, born 10/6/67, who was present in the apt also, was a cert copy of EARLE's Jamaican birth certificate & his RAW document issued 10/28/89 & bearing registration number 35752781. PENIER could not explain why these docs were in his luggage. PENIER also had a small amount of 38 ammo in his luggage.
SUBJECT, when initially confronted for identity check, stated he was born in Kansas City, but subsequently broke & provided his above cited identity & citizenship. SUBJECT states he has been continuously in the US since entry in 1986 & that he has no immediate relatives in the US. He also disclaims any criminal arrests while in the US & that this is his first contact w/INS Officers.
ADDITIONAL INFORMATION CONCERNING THIS SUBJECT CAN BE PROVIDED BY OCDETF/DEN regarding ongoing investigative efforts. OCDETF/DEN recommends high bond for this subject.

(Signature and Title)

If space insufficient, show "continued" and continue on reverse, from bottom up)

DISTRIBUTION
-file
-OCDETF
-G.23 clerk
-Intel officer

Received (subject and documents) (report of interview) from
Officer: M. E. Thompson, Sr. S/A   (SPM)
January 25  19 90  at ____ ( ).  M.
Disposition  OSC/WA $30,000.00
(Receiving Officer) _____ ADDI

Form I-213 (Rev. 4-16-79)Y UNITED STATES DEPARTMENT OF JUSTICE Immigration and Naturalization Service