

COMMONWEALTH OF PENNSYLVANIA · DEPARTMENT OF HEALTH
VITAL RECORDS
**Certification of Birth**

DATE OF BIRTH: 07-20-68 (MO., DAY, YEAR)
COUNTY OF BIRTH: PHILADELPHIA
FILE NO.: 105085
DATE FILED: 07-30 (MO., DAY, YEAR)
DATE ISSUED: 06-26 (MO., DAY, YEAR)

SUBJECT: THEODORE MARTIN WILSON
SEX: MALE

This is to certify that this is a true copy of the record which is on file in the Pennsylvania Department of Health in accordance with Act 66, P.L. 304, approved by the General Assembly, June 29, 1953.

Charles Hardester
CHARLES HARDESTER
STATE REGISTRAR
H105.105F (Rev. 6-1-85)

WARNING: IT IS ILLEGAL TO DUPLICATE THIS COPY BY PHOTOSTAT OR PHOTOGRAPH

F 3275157