UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 04-CR-10065-MLW |
| ) | |
| CLARENCE EARLE ) | |

**ASSENTED TO MOTION TO SUBSTITUTE
COPIES FOR THE ORIGINAL EXHIBITS IN THE COURT FILE**

The United States, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Seth P. Berman, hereby moves the Court to allow government to substitute copies for the original documents taken from the defendant's Alien File and admitted as evidence in the trial in the above captioned case. As grounds therefore, the government states that Trial Exhibits 1-15 were each taken from the defendant's Alien File, an official government record kept by the United States Citizenship and Information Services ("CIS"), an agency of the government. Substituting copies of these documents for the originals would allow CIS to maintain a complete, original file on the defendant, while still allowing this Court and any appellate court a complete record of the trial proceedings.

Defendant Clarence Earle, through his counsel, Charles Rankin, Esq., assents to this motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Seth P. Berman
       SETH P. BERMAN
       Assistant U.S. Attorney

Dated: February 7, 2006