UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

_____

No. 04-CR-10065-MLW
_____

UNITED STATES

v.

CLARENCE EARLE
_____

**DEFENDANT'S MOTION FOR HEARING WITH COURT
REGARDING QUESTION OF COUNSEL**

      The defendant Clarence Earle, by his counsel, moves that the Court convene a hearing prior to his sentencing regarding the question of counsel. In support of this motion, the defendant states that serious differences have emerged between counsel and the defendant, and the defendant wishes to raise those concerns with the Court. Counsel suggests that it would be appropriate to exclude the Assistant U.S. Attorney from that part of the hearing when the defendant addresses the Court.

      Respectfully submitted
The defendant Clarence Earle
By his attorney

/s/ Charles W. Rankin
_____
Charles W. Rankin, BBO 411780
Rankin & Sultan
151 Merrimac St., 2nd floor
Boston, MA 02114-4717
(617) 720-0011

CERTIFICATE OF SERVICE

      I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 16, 2006. I have also mailed a copy to the defendant via first class mail, addressed to Clarence Earle, Plymouth County Correctional Facility, 26 Long Pond Rd., Plymouth, MA 02360 on February 16, 2006.

      /s/ Charles W. Rankin
      _____
      Charles W. Rankin