UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

_____

CRIMINAL NO. 04-CR-10065-MLW

_____

UNITED STATES

v.

CLARENCE EARLE

_____

**MOTION FOR LEAVE TO FILE
DEFENDANT'S SUPPLEMENTAL SENTENCING MEMORANDUM**

The defendant seeks leave of Court to submit the attached Supplemental Sentencing Memorandum. In support of this motion, the defendant states that in the course of preparing for the sentencing hearing, counsel realized that he had intended to include a discussion of certain caselaw in his Sentencing Memorandum which was omitted. The attached three page Supplemental Memorandum may be of some assistance to the Court in coming to an accurate assessment of the caselaw.

    Respectfully submitted
    The defendant Clarence Earle
    By his attorney

    /s/ Charles W. Rankin

    _____
    Charles W. Rankin, BBO No. 411780
    Rankin & Sultan
    151 Merrimac St.
    Boston, MA 02114-4717
    (617) 720-0011

**Certificate of Service**

    I hereby certify that this document filed through the ECF system will be sent automatically to all registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 21, 2006.

                                /s/ Charles W. Rankin
                                _____
                                Charles W. Rankin