UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-10065-MLW

_____

UNITED STATES

v.

CLARENCE EARLE

_____

**DEFENDANT'S MOTION FOR LEAVE TO
OBTAIN TRANSCRIPTS AT GOVERNMENT EXPENSE**

Pursuant to 18 U.S.C. § 3006A(e), the defendant Clarence Earle moves that the Court permit him to obtain copies of the following transcripts at government expense:

| Date | Proceeding | Court Reporter |
| --- | --- | --- |
| February 21, 2006 | sentencing hearing | Richard Romanow |
| May 23, 2005 | arraignment | Judith Twomey |

In support of this motion, the defendant states that counsel was appointed to represent him, that the defendant is incarcerated and has no funds available to pay for transcripts required for this appeal.

The defendant has attached a CJA Form 24 for each court reporter, and would ask the Court to sign the form in Box 16 and initial the appropriate boxes in Box 14.[1]

---

[1] On January 2, 2006, the Court allowed the defendant's motion to have a transcript of the trial prepared at government expense. At that time, counsel neglected to include a Form CJA 24. Counsel has included the necessary information on the form CJA 24 filed herewith. Counsel will need to file the endorsed motion with the Court of Appeals to comply with its rules.

        Respectfully submitted,
        **CLARENCE EARLE**
        By his attorney,

        /s/ Charles W. Rankin
        _____
        Charles W. Rankin, BBO #411780
        Rankin & Sultan
        151 Merrimac St., second floor
        Boston, MA 02114-4717
        (617) 720-0011

February 22, 2006        <u>CERTIFICATE OF SERVICE</u>

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non participants on February 22, 2006.

        /s/ Charles W. Rankin
        _____
        Charles W. Rankin