UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-10065-MLW

_____

UNITED STATES

v.

CLARENCE EARLE

_____

**DEFENDANT'S NOTICE OF APPEAL**

Pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, the defendant Clarence Earle hereby appeals to the United States Court of Appeals for the First Circuit from his conviction and February 21, 2006 sentencing.

        Respectfully submitted,
        **CLARENCE EARLE**
        By his attorney,

        /s/ Charles W. Rankin
        _____
        Charles W. Rankin, BBO #411780
        Rankin & Sultan
        151 Merrimac St., second floor
        Boston, MA 02114-4717
        (617) 720-0011

February 22, 2006

<u>CERTIFICATE OF SERVICE</u>

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non participants on February 22, 2006.

                                                    /s/ Charles W. Rankin
                                                    _____
                                                    Charles W. Rankin