UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.  CR04-10065

| United States | Clarence Earle |
|---|---|
| PLAINTIFF | DEFENDANT |
| Seth Berman | Charles Rankin |
| | |
| | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE  Wolf          CLERK  O'Leary          REPORTER Romanow

CLERK'S NOTES

| DATES: | Sentencing Hearing |
|---|---|
| 2/21/06 | Court starts in a closed proceeding and takes up defense counsels motion regarding question of counsel. Court decides the matter in the closed hearing and proceeds with the defendant's sentencing hearing in open court. Court makes all the required ruling on the defendant's objections to the pre-sentence report. Guidelines are as follows: TOL 24, CH III, 63-78 months custody, 24-30 months supervised release, $10K - $100K fine and $100 special assessment fee. Court listens to the parties arguments and recommendations for which sentenc sentence to impose. Government recommends a sentence of 78 months. Defendant seeks a downward departure to 00 months. Defendant addresses the court. Formal sentencing: court denies the defendant's request for a downward departure and sentences the defendant to 78 months custody followed by 36 months supervised release on the standard conditions plus the additional conditions as expressed in court. Defendant advised of his right to appeal and to counsel. Court does not impose a fine but does impose the special assessment fee of $100. Court allows government motion to substitute copies for original exhibits. Court denies defrendant's request to defer payment of special assessment fee. |