**Clarence Earle**
**Reg. No. 22295-013**
**LSCI-Allenwood**
**P.O. BOX 1000**
**White Deer, PA 17887**

United State District Court                                    June 8, 2007
District of Massachussett
Honorable: Judge Wolf

RE: Case No. 04-CR-10065 (MLW)

Dear Judge Wolf:

    I, am writting you to informed you of this ongoing situation, regarding to the Dorchester District Court Case, which was part of my P.S.I. report, that this issue was pending.
I was trasfer to LSCI-Allenwood PA. on May 24, 2006.

    A detainer action letter was sent to Dorchester District Court seeking the disposition on the charge on 9/28/06, a phone call was made to the Dorchester Court, and was determind that all charges was dismissed on 9/19/06, and a motion was sent to the Dorchester District Court by me asking the court to returned all property, including my $2,309 which was taken from me at the time on my arrest.

    The Court did not respond to my motion at all, my attorney Mr. Charls Rankin was ask by me to seek into the issue to find out what was wrong, it came back that my property was forfeit by the District Attorney at Boston Superior Court.

    I filed this motion into Boston Superior Court, letting know that the case was dismissedand I did not received any notice toward this forfeture, asking the court to set aside the Judgement and allowed me back my Money ($2,309) in currency back, the Court did not respond. Now I,m pleeding to you in this manner that there is any way you can possible help me to get my money back from the court.

    I,am in very bad situation right now because of my indigence I,m not being able to pay my court' costs yet.

    The civil action No. 03-100E in which the money was forfeit in Boston Superior Court.

    I will be so greatfull for you help in this matter.

Thank You Very Much.

                                                    Truly Your,

                                                  Clarence Earle