# United States Court of Appeals
## For the First Circuit

No. 06-1727

UNITED STATES OF AMERICA,

Appellee,

v.

CLARENCE L. EARLE,
a/k/a ERIC ALLEN, a/k/a THEODORE WILSON,
a/k/a LEMONT TIPPET, a/k/a ROBERT PREVAL,

Defendant, Appellant.

**MANDATE**

### JUDGMENT

Entered: June 6, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The conviction and sentence of Clarence L. Earle are affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 6/28/07

By the Court:

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

[cc: Mr. Berman, Ms. Chaitowitz, Mr. Harwell & Mr. Rankin.]